# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

SHAUN J. MATZ,
      Plaintiff

    v.                                    CASE NUMBER: 05-C-1093

MATTHEW FRANK, PHIL KINGSTON,
MARC CLEMENTS, STEVE SCHUELER,
GARY ANKARLO, DR. KEVIN KALLAS, M.D.,
RALPH FROELICH, BELINDS SCHRUBBE,
GEORGE KAEMMERER, JENNIFER SPOTTS,
SGT. MALLAS and JOHN DOES,
      Defendants

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court and a decision has been rendered.

    **IT IS THEREFORE ORDERED** that the defendants' motion for summary judgment (Docket #75) is **GRANTED**.
    **IT IS FURTHER ORDERED** that the plaintiff's motion for a preliminary injunction (Docket #97) is **DENIED**.
    **IT IS FURTHER ORDERED** that the plaintiff's motion for an order denying defendants' motion for summary judgment (Docket #109) is **DENIED**
**IT IS ALSO ORDERED** that the defendants' motion for extension of time (Docket #114) is **GRANTED**.
    **IT IS ALSO ORDERED** that the plaintiff's motion for order (Docket #133) is **DENIED**.
    **IT IS ALSO ORDERED** that the plaintiff's motion to amend his proposed findings of fact (Docket #138) is **GRANTED**.
    **IT IS ALSO ORDERED** that the plaintiff's requests for injunctive relief (Docket #136 and #137) are **DENIED**.
    **IT IS FURTHER ORDERED** that this case is **DISMISSED.**

| | |
|---|---|
| September 9, 2008 | JON W. SANFILIPPO |
| Date | Clerk |
| | *s/ Jacki L. Koll* |
| | (By) Deputy Clerk |